UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARITTA PARKER,

    Plaintiff,

-against-

WARNERMEDIA DIRECT, LLC,

    Defendant.

---

25-cv-2444 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

    After careful consideration of the parties' submissions and oral argument held on June 13, 2025, the Court hereby denies plaintiff's motion to remand this case to the Small Claims Court of Colbert County, Alabama. The Clerk to close ECF No. 28.

    With respect to defendant's motion to compel arbitration (ECF No. 30), the Court directs the parties to provide supplemental briefing on what choice of law governs the issue of contract formation in this case, and with what result. Defendant's submission is due on July 9, 2025; plaintiff's submission is due on July 18, 2025. Each submission may be a maximum of 10 double-spaced pages in length.

    SO ORDERED.

New York, NY
June 30, 2025

                                                JED S. RAKOFF, U.S.D.J.