```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| MARITTA PARKER,<br><br>      Plaintiff,<br><br>  -against-<br><br>WARNERMEDIA DIRECT, LLC,<br><br>      Defendant. | 25-cv-2444 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

On joint motion of the parties (ECF No. 44), this case is stayed in all respects pending resolution of the appeal in <u>Lalewicz</u> v. <u>WarnerMedia Direct, LLC</u>, No. 24-cv-6173-JMF, except for plaintiff's pending motion for reconsideration (ECF No. 43), which this Court will address promptly.

    SO ORDERED.

New York, NY
August 20, 2025

                                                                         JED S. RAKOFF, U.S.D.J.