```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

---------------------------------------
MARITTA PARKER,

       Plaintiff,

  -against-

WARNERMEDIA DIRECT, LLC,

       Defendant.
---------------------------------------

25-cv-2444 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

After careful consideration, the Court grants plaintiff's motion for reconsideration (ECF No. 43) to the limited extent that the Court's prior bottom-line order denying plaintiff's motion to remand (ECF No. 42) is vacated without prejudice. The case will remain stayed in all respects pending resolution of the appeal in Lalewicz v. WarnerMedia Direct, LLC, No. 24-cv-6173-JMF.

    SO ORDERED.

New York, NY
September 30, 2025

                                                  JED S. RAKOFF, U.S.D.J.