**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **MARITTA PARKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:25-CV-02444-JSR** |
| | ) | |
| **WARNERMEDIA DIRECT, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# [PROPOSED] ORDER OF REMAND

Upon the parties' Joint Stipulation to Remand to State Court, it is hereby ORDERED that:

1. This action is remanded to the Small Claims division of the District Court of Colbert County, Alabama.
2. Each party is to bear its own costs.
3. The Clerk of Court is respectfully directed to transmit a certified copy of this Order to the Clerk of the Small Claims division of the District Court of Colbert County, Alabama, and to close this case.

**SO ORDERED** this 7th day of October, 2026

/s/
Hon. Jed S. Rakoff
United States District Judge